NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAVID S. BROXTERMAN,  )
)
      Appellant,  )
)
v.  )      Case No. 2D17-1479
)
STATE OF FLORIDA,  )
)
      Appellee.  )
_____ )


Opinion filed September 12, 2018.

Appeal from the Circuit Court for Polk
County; James A. Yancey, Judge.

Howard L. Dimmig, II, Public Defender,
and Deana K. Marshall, Special
Assistant Public Defender, Bartow, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and David Campbell,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


      Affirmed.


NORTHCUTT, VILLANTI, and ATKINSON, JJ., Concur.